PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

JESSE S. KAPLAN (SBN 103726)
5441 Fair Oaks Blvd., Ste. C-1
Carmichael, CA  95608
Telephone:   (916) 488-3030
Facsimile:   (916) 489-9297
Attorney for Plaintiff
PENNY CARROLL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY CARROLL,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL LONG TERM DISABILITY PLAN,<br><br>            Defendants. | CASE NO. 2:09-cv-02296 –LKK-KJM<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

   It is hereby stipulated by and between plaintiff PENNY CARROLL and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL LONG TERM DISABILITY PLAN, through their respective attorneys of record, that defendants shall have up to and including October 13, 2009 to file their response to plaintiff's Complaint in this action.

   **IT IS SO STIPULATED**.

RC1/5386577.1/SMT

STIPULATION TO EXTEND TIME
2:09-CV-02296 –LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  September 23, 2009

By: ___/s/_____
JESSE S. KAPLAN
Attorneys for Plaintiff, PENNY CARROLL

Dated:  September 23, 2009                ROPERS, MAJESKI, KOHN & BENTLEY

By: :       /s/ *Pamela E. Cogan*_____
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL LONG TERM DISABILITY PLAN

IT IS SO ORDERED.

Dated:  September 24, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com