1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail:       pcogan@rmkb.com; rforni@rmkb.com
5
   Attorneys for Defendants,
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON, and LIBERTY MUTUAL LONG TERM
7  DISABILITY PLAN

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | PENNY CARROLL | Case No.: 2:09-cv-02296 – LKK-KJN |
12 |     Plaintiff, | **STIPULATION AND ORDER DISMISSING DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND LIBERTY MUTUAL LONG DISABILITY PLAN WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
13 | v. | |
14 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL LONG TERM DISABILITY PLAN, | |
15 | | |
16 |     Defendants. | |

17

18   **IT IS HEREBY STIPULATED** by and between Plaintiff, PENNY CARROLL, and

19 Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY

20 MUTUAL LONG TERM DISABILITY PLAN, by and through their attorneys of record, that the

21 above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants,

22 pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

23   Each party shall bear its own attorney's fees and costs.

24   **IT IS FURTHER STIPULATED** that concurrence in the filing of this stipulation and

25 proposed order has been obtained from each of the signatories identified below, which shall serve

26 in lieu of their physical signatures on the document and shall function as each signatory's

27 signature, whether for purposes of Rule 11 of the Federal Rules of Civil Procedure or for any

28

RC1/5600568.1/RMF                        - 1 -                STIPULATION AND ORDER DISMISSING
                                                              DEFENDANTS WITH PREJUDICE
                                                              CASE NO.: 2:09-CV-02296 – LKK-KJN

other purpose; and that this document, filed electronically with the court, shall be deemed signed by, and binding against, each of the signatories as if the document were physically signed and filed by them.

Dated:  June 18, 2010              LAW OFFICES OF JESSE S. KAPLAN


By:   */s/ Jesse S. Kaplan*
     JESSE S. KAPLAN.
     Attorneys for Plaintiff, PENNY CARROLL

Dated:  June 18, 2010              ROPERS, MAJESKI, KOHN & BENTLEY


By:   */s/ Robert M. Forni, Jr.*
     PAMELA E. COGAN
     ROBERT M. FORNI, JR.
     Attorneys for Defendants,
     LIBERTY LIFE ASSURANCE
     COMPANY OF BOSTON, and LIBERTY
     MUTUAL LONG TERM DISABILITY
     PLAN

## ORDER

**PURSUANT TO STIPULATION**, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all Defendants, including LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LIBERTY MUTUAL LONG TERM DISABILITY PLAN, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  June 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT